■ In the Matter of ROBERT L. SCHULZ et al., Appellants, v RUSH-HENRIETTA CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION et al., Respondents, and STATE OF NEW YORK, Intervenor. [635 NYS2d 903] —Order unanimously affirmed without costs. Memorandum: At the outset, we note that petitioner Katherine G. Wheat is deceased. Inasmuch as the relief sought was a judgment vindicating her right to vote on school budgets, her interest does not survive her death and substitution is not required *(see,* CPLR 1015 [b]).

Supreme Court properly dismissed this proceeding. We affirm but for a different reason. Petitioner Robert L. Schulz lacks standing to prosecute this proceeding under State Finance Law § 123-b *(see, Matter of Schulz v Cobleskill-Richmondville Cent. School Dist. Bd. of Educ.,* 197 AD2d 247, 251) and General Municipal Law § 51 *(see, Schnepel v Board of Educ.,* 302 NY 94, 96). (Appeal from Order of Supreme Court,

Monroe County, Rosenbloom, J.—CPLR art 78.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.